UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN A. WILLIAMS,

Plaintiff,

-against-

BRONX CENTER FOR REHABILITATION AND NURSING.,

Defendant.

26 CIVIL 03519 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the June 18, 2026, order, the Court dismisses the complaint for failure to state a claim on which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: August 4, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge